

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | |
|---|---|
| Chesapeake Exploration, L.L.C., Chesapeake Operating, Inc., Anadarko Petroleum Corporation and SWEPI, L.P., | § No. 08-13-00266-CV |
| | § Appeal from the |
| | § 143rd District Court |
| Appellants, | § of Ward County, Texas |
| v. | § (TC# 12-01-22742-CVW) |
| Energen Resources Corporation, Kaiser Frances Oil Company, Pride Energy Company, Crown Oil Partners, IV, L.P., Crump Energy Partners, L.L.C., Dalton H. Cobb, Jr., Michael B. Cobb, Bill Hightower and Hightower Exploration, L.L.C., | § |
| Appellees. | § |

# O R D E R

The Court GRANTS the Joint Motion to Reestablish Appellate Timetable.

Therefore the Court ORDERS this appeal to continue and the appellate timetable suspension is lifted. The Clerk's Record (2 volumes) which were received on October 11, 2013 and the Reporter's Record (3 volumes) which were received on September 16, 2013 have this day been filed.

Further, per the parties request the Court will adopt the following briefing schedule: Appellants' brief will be due January 17, 2014, Appellees' brief will be due February 17, 2014 and Appellants' reply brief will be due March 10, 2014.

IT IS SO ORDERED this 4th day of December, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.